# FILED

060170.5

**MAR 1 6 2006**

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

ANDREW HOWELL,

        Plaintiffs,

    v.

WILLIAM JOFFE, individually, and as the
agent and/or employee of SAINT MARY
CATHOLIC CHURCH, SAINT MARY
SCHOOL, and/or CATHOLIC DIOCESE OF
ROCKFORD, MONSIGNOR JAMES
MCLOUGHLIN, individually, and as the agent
and/or employee of SAINT MARY
CATHOLIC CHURCH, SAINT MARY
SCHOOL, and/or CATHOLIC DIOCESES OF
ROCKFORD, MONSIGNOR DAVID
KAGAN, individually , and as the agent and/or
employee of SAINT MARY CATHOLIC
CHURCH, SAINT MARY SCHOOL and/or
CATHOLIC DIOCESE OF ROCKFORD,
SAINT MARY CATHOLIC CHURCH,
SAINT MARY SCHOOL, and/or CATHOLIC
DIOCESE OF ROCKFORD, ELLEN LYNCH,
individually, and as the agent and/or employee
of HINSHAW & CULBERTSON, LLP,
SAINT MARY CATHOLIC CHURCH,
SAINT MARY SCHOOL, and/or CATHOLIC
DIOCESE OF ROCKFORD, and HINSHAW
& CULBERTSON, LLP,

        Defendants.

# 06CV50052
# JUDGE REINHARD
# MAGISTRATE MAHONEY

## NOTICE OF REMOVAL

NOW COME defendants, HINSHAW & CULBERTSON LLP and ELLEN LYNCH, by their

attorneys in this regard, Sherri M. Arrigo and Kimberly Downing, both of DONOHUE BROWN

MATHEWSON & SMYTH LLC, and hereby remove this action from the Circuit Court of Cook

County, Illinois to this Court. In support of their notice of removal, Hinshaw & Culbertson LLP and Ms. Lynch state as follows:

1. Defendants Hinshaw & Culbertson LLP and Ellen Lynch, file this notice of removal pursuant to 28 U.S.C. § 1332, 1441 and 1446. Defendants hereby invoke their rights under 29 U.S.C. § 1441(a) to remove this matter from the Circuit Court of Cook County Law Division to the United States District Court for the Northern District of Illinois, Western Division. See Plaintiff's Complaint, attached as Exhibit A.

2. Plaintiff Andrew Howell commenced this action in the Circuit Court of Cook County, Illinois by filing a complaint on or about February 9, 2006 styled as Andrew Howell v. William Joffe, et al., Case No. 06 L 1454. This notice of removal is filed within thirty days of these defendants' earliest receipt of a copy of the initial pleadings. Defendant Hinshaw & Culbertson LLP was served with plaintiff's complaint on February 15, 2006; defendant Ellen Lynch was served with plaintiff's complaint on February 14, 2006.

3. Plaintiff is a citizen and resident of Colorado. See Exhibit A, at ¶ 1.

4. None of the defendants in this matter are citizens or residents of Colorado. See Exhibit A; Affidavit of Monsignor David Kagan (attached as Exhibit B); and Affidavit of Ellen Lynch (attached as Exhibit C). Defendant Joffe is a citizen and resident of Florida (Exhibit B, at ¶ 5); the principle place of business of defendants Saint Mary Catholic Church and St. Mary School is Woodstock, Illinois (Exhibit A, at ¶ 3, 4); the principle place of business of defendant the Catholic Diocese of Rockford is Rockford, Illinois (Exhibit A, at ¶ 2); and defendants Monsignor James McLoughlin, Monsignor David Kagan and Ellen Lynch are citizens and residents of Illinois (Exhibit B, at ¶ 3, 4 and Exhibit C, at ¶ 2). Defendant Hinshaw & Culbertson LLP is a law firm

headquartered in Chicago, Illinois, and at all relevant times alleged in plaintiff's complaint, defendant Ellen Lynch was an attorney practicing out of Hinshaw & Culbertson LLP's Rockford office. Hinshaw & Culbertson LLP also has attorneys practicing out of offices in Arizona, California, Florida, Indiana, Massachusetts, Minnesota, Missouri, New York, Oregon, Rhode Island and Wisconsin. Although Hinshaw & Culbertson LLP operates a small clerical office in Littleton, Colorado, there are no partners or associates that practice out of that office. Rather, a single secretary completes administrative tasks and performs a small amount of paralegal billing from that office location for the benefit of a New York based partner, who is a citizen of New York. None of the limited liability or general partners of Hinshaw & Culbertson LLP are citizens of Colorado.

5.    Plaintiff's complaint contains ten counts directed at eight named defendants: one Count for assault and battery, naming Joffe; two Counts for breach of fiduciary duty, naming Joffe, St. Mary Catholic Church, St. Mary School and the Catholic Diocese of Rockford; two Counts for intentional infliction of emotional distress, naming Joffe, Ellen Lynch and Monsignor David Kagan; one Count for negligent infliction of emotional distress, naming Ellen Lynch and Monsignor David Kagan; two Counts for vicarious liability, naming the Catholic Dioceses of Rockford and Hinshaw & Culbertson LLP; one Count for negligence, naming the St. Mary Catholic Church, St. Mary School and Catholic Diocese of Rockford; and one Count for fraud, naming Monsignors James McLoughlin and David Kagan.

6.    The amount in controversy exceeds $75,000.00. See Exhibit D, at ¶ 3,4.

7.    The United States District Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, which provides:

(a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum of $75,000.00, exclusive of interests and costs, and is between...(1) citizens of different states.

8.    Given the complete diversity of citizenship between the parties and the amount in controversy, this action may be removed to this court, pursuant to 28 U.S.C. § 1332, 1441.

9.    Attached hereto as Exhibit A are copies of the original summons and complaint, which constitute all the pleadings filed with the Circuit Court of Cook County, Illinois in this action and served on Ellen Lynch and Hinshaw & Culbertson LLP. At the time of the filing of the instant Notice of Removal, no proceedings had been instituted in the Circuit Court of Cook County regarding this matter, other then the aforementioned documents.

10.    Attached hereto as Exhibit E is the certificate of filing of notice of removal, having been filed with the Clerk of the Circuit Court of Cook County, Illinois.

WHEREFORE, Defendants, HINSHAW & CULBERTSON LLP and ELLEN LYNCH,

respectfully remove this action to the United States District Court for the Northern District of

Illinois, Western Division, and request that this Court assume jurisdiction over this action and

proceed to a final determination thereof.

Respectfully Submitted,

HINSHAW & CULBERTSON LLP and ELLEN LYNCH
Defendants

By: _____
Kimberly Downing
DONOHUE BROWN MATHEWSON & SMYTH
One of the Defendants' Attorneys

I.D. #32878
DONOHUE BROWN MATHEWSON & SMYTH LLC
Sherri M. Arrigo
Kimberly Downing
140 South Dearborn Street, Suite 800
Chicago, Illinois 60603
Telephone:    (312) 422-0900
Facsimile:    (312) 422-0909

FEB-10-2006 08:38 From:DIOCESE OF ROCKFORD 815 399 6168
FEB-09-2006 11:47 SOCIATED PRESS
Case 3:06-cv-50052 Document 1 Filed: 03/16/06 Page 6 of 32 PageID #:6
10:512 704 3001
P.03/20
P.03/20

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - LAW DIVISION

ANDREW HOWELL,                                    )
                                                  )
      Plaintiff,                           )
                                                  )
                                                  )
    v.                                       )    No.
                                                  )
                                                  )
WILLIAM JOFFE, individually, and as the agent and/or )
employee of SAINT MARY CATHOLIC CHURCH,           )
SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE         )
OF ROCKFORD, MONSIGNOR JAMES                       )
MCLOUGHLIN, individually, and as the agent and/or  )
employee of SAINT MARY CATHOLIC CHURCH,           )
SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE         )
OF ROCKFORD, MONSIGNOR DAVID KAGAN,                )
individually, and as the agent and/or employee of SAINT )
MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, )
and/or CATHOLIC DIOCESE OF ROCKFORD, SAINT  )
MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, )
and/or CATHOLIC DIOCESE OF ROCKFORD, ELLEN  )
LYNCH, individually, and as the agent and/or employee of )
HINSHAW & CULBERTSON, LLP, SAINT MARY         )
CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or  )
CATHOLIC DIOCESE OF ROCKFORD, and HINSHAW )
& CULBERTSON, LLP,                                )
                                                  )
                                                  )
      Defendants.                          )

## COMPLAINT

    NOW COMES the Plaintiff, ANDREW HOWELL, by and through his attorneys,
KARCHMAR & LAMBERT, P.C. and Michael D. Ambroziak, and complaining of the
Defendants, WILLIAM JOFFE, individually, and as the agent and/or employee of SAINT
MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE
OF ROCKFORD, MONSIGNOR JAMES MCLOUGHLIN, individually, and as the agent and/or
employee of SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or
CATHOLIC DIOCESE OF ROCKFORD, MONSIGNOR DAVID KAGAN, individually, and as
the agent and/or employee of c, SAINT MARY CATHOLIC CHURCH, SAINT MARY
SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, ELLEN LYNCH, individually, and
as the agent and/or employee of HINSHAW & CULBERTSON, LLP, SAINT MARY
CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF
ROCKFORD, and HINSHAW & CULBERTSON, LLP, states as follows:



## FACTUAL BACKGROUND

1.  The Plaintiff, ANDREW HOWELL, is now an adult male, being 38 years of age, and
    currently resides in the State of Colorado.

2.  At all times material, the Defendant, CATHOLIC DIOCESE OF ROCKFORD, was and
    is an Illinois not-for-profit corporation and located in Rockford, Illinois.

3.  At all times material, the Defendant, SAINT MARY CATHOLIC CHURCH, was a
    parish operated by the Defendant, CATHOLIC DIOCESE OF ROCKFORD, located in
    Woodstock, Illinois.

4.  At all times material, the Defendant, SAINT MARY SCHOOL, was a school operated by
    the Defendant, CATHOLIC DIOCESE OF ROCKFORD, located in Woodstock, Illinois.

5.  At all times material, the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT
    MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, and its agents,
    officers, and/or employees were, and continue to be, responsible for the selection and
    assignment of pastors, associate pastors, instructor, administrators, directors, and/or other
    religious officials, the exercise of authority over various members of its denomination,
    and the maintenance of the well-being of its members within its denomination in the State
    of Illinois.

6.  At all times material, the Defendant, WILLIAM JOFFE, was a pastor, instructor,
    administrator, and/or director under the direct supervision, agency, employ, and/or control
    of the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL,
    and/or CATHOLIC DIOCESE OF ROCKFORD.

7.  At all times material, the Defendant, WILLIAM JOFFE, was a pastor, instructor,
    administrator, and/or director, who was hired, educated, supervised, and trained by the

Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, and was under the direct supervision, employ, agency, and/or control of the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD.

8. At all times material, the Defendant, WILLIAM JOFFE, had among his duties in his employment to provide pastoral care, assistance, instruction, and/or counseling for members, parishioners, and/or students of the Defendants, SAINT MARY CATHOLIC CHURCH and/or SAINT MARY SCHOOL.

9. The Plaintiff, ANDREW HOWELL, was a parishioner at the Defendant, SAINT MARY CHURCH, and a student at the Defendant, SAINT MARY CATHOLIC SCHOOL, and first came to know the Defendant, WILLIAM JOFFE, on or around 1976, through the Plaintiff, ANDREW HOWELL's, contact with the Defendants, SAINT MARY CHURCH and SAINT MARY CATHOLIC SCHOOL.

10. At said time, the Plaintiff, ANDREW HOWELL, was a minor, being only 8 years of age, and the Defendant, WILLIAM JOFFE, was approximately 45 years of age.

11. That the Plaintiff, ANDREW HOWELL, came to know, admire, trust, revere, and respect the Defendant, WILLIAM JOFFE, as a person of great influence and persuasion as a holy man, authority figure, pastor, counselor, and/or spiritual advisor.

12. That on or around 1976 and/or 1977, the Plaintiff, ANDREW HOWELL, accompanied the Defendant, WILLIAM JOFFE, on retreats to a farm.

13. That on or around 1978, the Defendant, WILLIAM JOFFE, accompanied the Plaintiff, ANDREW HOWELL, and his family on vacation.

14. That in or around 1976 through in or around 1979, the Defendant, WILLIAM JOFFE,

engaged in illegal, immoral, and inappropriate sexual conduct upon the Plaintiff,

ANDREW HOWELL.

15.    That in approximately March of 2004 through approximately May of 2004, the Plaintiff,

ANDREW HOWELL, was contacted by agents and/or employees of the Defendants,

SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC

DIOCESE OF ROCKFORD, specifically, by the Defendants, MONSIGNOR JAMES

MCLOUGHLIN and MONSIGNOR DAVID KAGAN.

16.    That sometime, in approximately April of 2004, the Plaintiff, ANDREW HOWELL, was

contacted by the Defendant, ELLEN LYNCH, purporting to represent the Defendant,

CATHOLIC DIOCESE OF ROCKFORD.

17.    That during one contact, in approximately April of 2004, and specifically, a voice mail

message left by the Defendant, ELLEN LYNCH, and the Defendant, MONSIGNOR

DAVID KAGAN, for the Plaintiff, ANDREW HOWELL, the Defendant, ELLEN

LYNCH, and the Defendant, MONSIGNOR DAVID KAGAN, made rude, derogatory,

inflammatory, and inappropriate comments about the Plaintiff, ANDREW HOWELL,

and about other victims who had experienced sexual assault and abuse by the Defendant,

WILLIAM JOFFE.

18.    That at the time of said voice mail message left by the Defendant, ELLEN LYNCH, the

Defendant, ELLEN LYNCH, was an agent and/or employee of the Defendant,

HINSHAW & CULBERTSON, LLP.

19.    That on or about February 10, 2004, the Plaintiff, ANDREW HOWELL, began to have

memories of being sexually abused by the Defendant, WILLIAM JOFFE, in or around

1976 through in or around 1979.

20.    That prior to February of 2004, the Plaintiff, ANDREW HOWELL's, memories of being

sexually abused by the Defendant, WILLIAM JOFFE, were repressed and unknown to

him.

21.    That after the contact by the agents and/or employees of the Defendants, SAINT MARY

CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF

ROCKFORD, and the contact by the Defendant, ELLEN LYNCH, the Plaintiff,

ANDREW HOWELL, discovered that he had suffered emotional injuries caused by the

childhood sexual abuse committed by the Defendant, WILLIAM JOFFE.

22.    That after the contact by the agents and/or employees of the Defendants, SAINT MARY

CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF

ROCKFORD, and the contact by the Defendant, ELLEN LYNCH, the Plaintiff,

ANDREW HOWELL, discovered that the emotional injuries from which he suffered

were as a result of the childhood sexual abuse committed by the Defendant, WILLIAM

JOFFE.

23.    That after the contact by the agents and/or employees of the Defendants, SAINT MARY

CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF

ROCKFORD, and the contact by the Defendant, ELLEN LYNCH, the Plaintiff,

ANDREW HOWELL, discovered that the relationship between the childhood sexual

abuse committed by the Defendant, WILLIAM JOFFE, and the emotional injuries from

which he suffered and continues to suffer.

24.    That as a direct and proximate result of the negligent, reckless, and/or wrongful conduct

of the Defendants, the Plaintiff, ANDREW HOWELL, has suffered and continues to

suffer severe emotional distress.

25.     That as a direct and proximate result of the negligent, reckless, and/or wrongful conduct

        of the Defendants, the Plaintiff, ANDREW HOWELL, has suffered and continues to

        suffer terror, embarrassment, loss of self-esteem, disgrace, humiliation, depression,

        disability, loss of a normal life, loss of religious faith, difficulty in practicing religion,

        difficulty in maintaining relationships, and severe psychological injury, and has incurred

        and will incur in the future, expenses for psychological and medical treatment, therapy,

        and counseling in an attempt to become cured of his injuries.

                        COUNT I – Assault & Battery v. JOFFE

26.     The Plaintiff, ANDREW HOWELL, re-alleges and re-incorporates paragraphs 1 though

        25 inclusive as if fully set forth herein under this Count I..

27.     That the Defendant, WILLIAM JOFFE, without provocation or justification engaged in

        harmful, offensive, and illegal sexual contact upon the person of the Plaintiff, ANDREW

        HOWELL.

28.     That as a direct and proximate result of the conduct of the Defendant, WILLIAM JOFFE,

        the Plaintiff, ANDREW HOWELL, has suffered substantial personal injury and damages.

        WHEREFORE, the Plaintiff, ANDREW HOWELL, demands judgment against the

Defendant, WILLIAM JOFFE, in an amount in excess of $ 50,000.00 (FIFTY THOUSAND

DOLLARS), plus costs.

                        COUNT II – Breach of Fiduciary Duty v. JOFFE

29.     The Plaintiff, ANDREW HOWELL, re-alleges and re-incorporates paragraphs 1 through

        25 inclusive as if fully set forth herein under this Count II.

30.     That the Defendant, WILLIAM JOFFE, by holding himself out as a qualified religious

        instructor, adviser, and counselor, gained superiority, dominance, and influence over the

Plaintiff, ANDREW HOWELL, and thus had a fiduciary relationship with the Plaintiff, ANDREW HOWELL.

31.     That the Defendant, WILLIAM JOFFE, breached his fiduciary duty to the Plaintiff, ANDREW HOWELL, by engaging in the wrongful conduct described herein, and as a direct and proximate cause thereof, the Plaintiff, ANDREW HOWELL, did sustain substantial personal injury.

WHEREFORE, the Plaintiff, ANDREW HOWELL, demands judgment against the Defendant, WILLIAM JOFFE, in an amount in excess of $ 50,000.00 (FIFTY THOUSAND DOLLARS), plus costs.

### COUNT III - I.I.E.D. v. JOFFE

32.     The Plaintiff, ANDREW HOWELL, re-alleges and re-incorporates paragraphs 1 through 25 inclusive as if fully set forth herein under this Count III.

33.     That the conduct of the Defendant, WILLIAM JOFFE, described herein is extreme and outrageous.

34.     That the Defendant, WILLIAM JOFFE, intended, or knew, that his conduct would inflict severe emotional distress upon the Plaintiff, ANDREW HOWELL.

35.     That as a direct and proximate result of the wrongful conduct of the Defendant, WILLIAM JOFFE, the Plaintiff, ANDREW HOWELL, did suffer severe emotional distress as described herein.

WHEREFORE, the Plaintiff, ANDREW HOWELL, demands judgment against the Defendant, WILLIAM JOFFE, in an amount in excess of $ 50,000.00 (FIFTY THOUSAND DOLLARS), plus costs.

### COUNT IV - Vicarious Liability v. CATHOLIC DIOCESE OF ROCKFORD, et al.

36.   The Plaintiff, ANDREW HOWELL, re-alleges and re-incorporates paragraphs 1 through

25 inclusive as if fully set forth herein under this Count IV.

37.   That the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL,

and/or CATHOLIC DIOCESE OF ROCKFORD, made the Defendant, WILLIAM

JOFFE, a pastor within the Church and held the Defendant, WILLIAM JOFFE, out to the

community as a fit and competent agent of the Church.

38.   That at all times material, the Defendant, WILLIAM JOFFE, was employed by and/or the

agent of the Defendant, SAINT MARY CATHOLIC CHURCH, SAINT MARY

SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, and was under its direct

supervision and control when he negligently performed his employment duties and

committed the wrongful acts described herein.

39.   That at all times material, the Defendant, WILLIAM JOFFE, also committed said acts

within the apparent authority arising from the course of his employment and/or agency

with the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL,

and/or CATHOLIC DIOCESE OF ROCKFORD.

40.   That the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL,

and/or CATHOLIC DIOCESE OF ROCKFORD, is vicariously liable under the doctrine

of Respondeat Superior and/or Agency law for the acts of the Defendant, WILLIAM

JOFFE.

WHEREFORE, the Plaintiff, ANDREW HOWELL, demands judgment against the

Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or

CATHOLIC DIOCESE OF ROCKFORD, in an amount in excess of $ 50,000.00 (FIFTY

THOUSAND DOLLARS), plus costs.

**COUNT V - Breach of Fiduciary Duty v. CATHOLIC DIOCESE OF ROCKFORD, et al.**

41.  The Plaintiff, ANDREW HOWELL, re-alleges and re-incorporates paragraphs 1 through 25 inclusive as if fully set forth herein under this Count V.

42.  That the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, by and through its agents and/or employees, the Defendants, WILLIAM JOFFE, MONSIGNOR JAMES MCLAUGHLIN, and/or MONSIGNOR DAVID KAGAN, by holding themselves out as counselors and advisers on matters that were spiritual, moral, and ethical, entered into a fiduciary relationship with the Plaintiff, ANDREW HOWELL.

43.  The Defendant, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, by and through its agents and/or employees, the Defendants, WILLIAM JOFFE, MONSIGNOR JAMES MCLAUGHLIN, and/or MONSIGNOR DAVID KAGAN, breached its fiduciary duty to the Plaintiff, ANDREW HOWELL, by engaging in the conduct described herein, and as a direct and proximate result thereof, the Plaintiff, ANDREW HOWELL, did suffer substantial personal injury.

WHEREFORE, the Plaintiff, ANDREW HOWELL, demands judgment against the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, in an amount in excess of $ 50,000.00 (FIFTY THOUSAND DOLLARS), plus costs.

**COUNT VI - Negligence v. CATHOLIC DIOCESE OF ROCKFORD, et al.**

44.  The Plaintiff, ANDREW HOWELL, re-alleges and re-incorporates paragraphs 1 through 25 inclusive as if fully set forth herein under this Count VI.

45.  That at all times material, the Defendant, WILLIAM JOFFE, was employed as a reverend, spiritual leader, adviser, and counselor by the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, and was the under the direct supervision, employ, and control when he committed the wrongful acts alleged herein.

46.  That at all times material, the Defendant, WILLIAM JOFFE, committed said wrongful acts while in the course and scope of his employment with the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, and/or accomplished said wrongful conduct by virtue of his job created authority.

47.  That at all times material, the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, had a duty to exercise reasonable care in the hiring, supervision, and retention of the Defendant, WILLIAM JOFFE, and a duty to protect the Plaintiff, ANDREW HOWELL, a minor, from harm.

48.  That the risk of injury to the Plaintiff, ANDREW HOWELL, was reasonably foreseeable and that as a direct and proximate result of the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD's, breach of their duty to exercise reasonable care in the hiring, supervision, and retention of the Defendant, WILLIAM JOFFE, as well as the breach of their duty to protect the Plaintiff, ANDREW HOWELL, from harm, the Plaintiff, ANDREW HOWELL, sustained substantial personal injury.

WHEREFORE, the Plaintiff, ANDREW HOWELL, demands judgment against the

Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or

CATHOLIC DIOCESE OF ROCKFORD, in an amount in excess of $ 50,000.00 (FIFTY

THOUSAND DOLLARS), plus costs.

### COUNT VII - I.E.E.D. v. ELLEN LYNCH and MONSIGNOR DAVID KAGAN

49.   The Plaintiff, ANDREW HOWELL, re-alleges and re-incorporates paragraphs 1 through

25 inclusive as if fully set forth herein under this Count VII.

50.   That sometime, in approximately April of 2004, the Plaintiff, ANDREW HOWELL, was

contacted by the Defendant, ELLEN LYNCH, appearing to represent the Defendant,

CATHOLIC DIOCESE OF ROCKFORD.

51.   That during one contact, in approximately April of 2004, specifically, a voice mail

message left by the Defendant, ELLEN LYNCH, and the Defendant, MONSIGNOR

DAVID KAGAN, for the Plaintiff, ANDREW HOWELL, the Defendant, ELLEN

LYNCH, and the Defendant, MONSIGNOR DAVID KAGAN, made rude, derogatory,

inflammatory, and inappropriate comments about the Plaintiff, ANDREW HOWELL,

and about other victims who had experienced sexual assault and abuse by the Defendant,

WILLIAM JOFFE.

52.   That at the time of said voice mail message left by the Defendant, ELLEN LYNCH, the

Defendant, ELLEN LYNCH, was an agent and/or employee of the Defendant,

HINSHAW & CULBERTSON, LLP.

53.   That at the time of said voice mail message left by the Defendant, ELLEN LYNCH, the

Defendant, ELLEN LYNCH, was an apparent agent and/or employee, of the Defendant,

CATHOLIC DIOCESE OF ROCKFORD.

54.   That at the time of said voice mail message left by the Defendant, MONSIGNOR DAVID

KAGAN, the Defendant, MONSIGNOR DAVID KAGAN, was an agent and/or

employee, of the Defendant, CATHOLIC DIOCESE OF ROCKFORD.

55.    That the conduct of the Defendant, ELLEN LYNCH, and the Defendant, MONSIGNOR

DAVID KAGAN, described herein is extreme and outrageous.

56.    That the Defendant, ELLEN LYNCH, and the Defendant, MONSIGNOR DAVID

KAGAN, intended, or knew, that their conduct would inflict severe emotional distress

upon the Plaintiff, ANDREW HOWELL.

57.    That as a direct and proximate result of the wrongful conduct of the Defendant, ELLEN

LYNCH, and the Defendant, MONSIGNOR DAVID KAGAN, the Plaintiff, ANDREW

HOWELL, did suffer severe emotional distress as described herein.

WHEREFORE, the Plaintiff, ANDREW HOWELL, demands judgment against the

Defendants, ELLEN LYNCH and MONSIGNOR DAVID KAGAN, in an amount in excess of

$ 50,000.00 (FIFTY THOUSAND DOLLARS), plus costs.

   **COUNT VIII - N.I.E.D. v. ELLEN LYNCH and MONSIGNOR DAVID KAGAN**

58.    The Plaintiff, ANDREW HOWELL, re-alleges and re-incorporates paragraphs 1 through

25 inclusive as if fully set forth herein under this Count VIII.

59.    That sometime, in approximately April of 2004, the Plaintiff, ANDREW HOWELL, was

contacted by the Defendant, ELLEN LYNCH, appearing to represent the Defendant,

CATHOLIC DIOCESE OF ROCKFORD.

60.    That during one contact, in approximately April of 2004, specifically, a voice mail

message left by the Defendant, ELLEN LYNCH, and the Defendant, MONSIGNOR

DAVID KAGAN, for the Plaintiff, ANDREW HOWELL, the Defendant, ELLEN

LYNCH, and the Defendant, MONSIGNOR DAVID KAGAN, made rude, derogatory,

inflammatory, and inappropriate comments about the Plaintiff, ANDREW HOWELL, and about other victims who had experienced sexual assault and abuse by the Defendant, WILLIAM JOFFE.

61. That at the time of said voice mail message left by the Defendant, ELLEN LYNCH, the Defendant, ELLEN LYNCH, was an agent and/or employee of the Defendant, HINSHAW & CULBERTSON, LLP.

62. That at the time of said voice mail message left by the Defendant, ELLEN LYNCH, the Defendant, ELLEN LYNCH, was an apparent agent and/or employee, of the Defendant, CATHOLIC DIOCESE OF ROCKFORD.

63. That at the time of said voice mail message left by the Defendant, MONSIGNOR DAVID KAGAN, the Defendant, MONSIGNOR DAVID KAGAN, was an agent and/or employee, of the Defendant, CATHOLIC DIOCESE OF ROCKFORD.

64. That the conduct of the Defendant, ELLEN LYNCH, and the Defendant, MONSIGNOR DAVID KAGAN, described herein is extreme and outrageous.

65. That the Defendant, ELLEN LYNCH, and the Defendant, MONSIGNOR DAVID KAGAN, should have known, in the exercise of reasonable care, that their conduct would inflict severe emotional distress upon the Plaintiff, ANDREW HOWELL.

66. That as a direct and proximate result of the negligent conduct of the Defendant, ELLEN LYNCH, and the Defendant, MONSIGNOR DAVID KAGAN, the Plaintiff, ANDREW HOWELL, did suffer severe emotional distress as described herein.

WHEREFORE, the Plaintiff, ANDREW HOWELL, demands judgment against the Defendants, ELLEN LYNCH and MONSIGNOR DAVID KAGAN, in an amount in excess of $ 50,000.00 (FIFTY THOUSAND DOLLARS), plus costs.

## COUNT IX - Vicarious Liability v. HINSHAW & CULBERTSON, LLP

67. The Plaintiff, ANDREW HOWELL, re-alleges and re-incorporates paragraphs 1 through 25 inclusive as if fully set forth herein under this Count IX.

68. That at all times material, the Defendant, ELLEN LYNCH, was employed by and/or the agent of the Defendant, HINSHAW & CULBERTSON, LLP, and was under its direct supervision and control when she improperly performed her employment duties and committed the wrongful acts described herein.

69. That at all times material, the Defendant, ELLEN LYNCH, also committed said acts within the apparent authority arising from the course of her employment and/or agency with the Defendant, HINSHAW & CULBERTSON, LLP.

70. That the Defendant, HINSHAW & CULBERTSON, LLP, is vicariously liable under the doctrine of Respondeat Superior and/or Agency law for the acts of the Defendant, ELLEN LYNCH.

WHEREFORE, the Plaintiff, ANDREW HOWELL, demands judgment against the Defendant, HINSHAW & CULBERTSON, in an amount in excess of $ 50,000.00 (FIFTY THOUSAND DOLLARS), plus costs.

## COUNT X - Fraud v. MONSIGNOR MCLOUGHLIN and MONSIGNOR KAGAN

71. The Plaintiff, ANDREW HOWELL, re-alleges and re-incorporates paragraphs 1 through 25 inclusive as if fully set forth herein under this Count X.

72. That in approximately March of 2004 through approximately May of 2004, the Plaintiff, ANDREW HOWELL, was contacted by agents and/or employees of the Defendants, SAINT MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE OF ROCKFORD, specifically, by the Defendants, MONSIGNOR JAMES

MCLOUGHLIN and MONSIGNOR DAVID KAGAN.

73. That during these contacts by the Defendants, MONSIGNOR JAMES MCLOUGHLIN
and MONSIGNOR DAVID KAGAN, they stated to the Plaintiff, ANDREW HOWELL,
that they desired to offer assistance to the Plaintiff, ANDREW HOWELL.

74. That during these contacts by the Defendants, MONSIGNOR JAMES MCLOUGHLIN
and MONSIGNOR DAVID KAGAN, they made representations to the Plaintiff,
ANDREW HOWELL, urging the Plaintiff, ANDREW HOWELL, to engage in a
"sacramental reconciliation".

75. That the contacts by the Defendants, MONSIGNOR JAMES MCLOUGHLIN and
MONSIGNOR DAVID KAGAN, were knowingly false and in bad faith.

76. That the contacts by the Defendants, MONSIGNOR JAMES MCLOUGHLIN and
MONSIGNOR DAVID KAGAN, were intended to induce the Plaintiff, ANDREW
HOWELL, to forego legal action.

77. That the Defendants, MONSIGNOR JAMES MCLOUGHLIN and MONSIGNOR
DAVID KAGAN, did not intend to actually assist the Plaintiff, ANDREW HOWELL.

78. That as a direct and proximate result of the wrongful conduct of the Defendants,
MONSIGNOR JAMES MCLOUGHLIN and MONSIGNOR DAVID KAGAN, the
Plaintiff, ANDREW HOWELL, did suffer severe emotional distress as described herein.

WHEREFORE, the Plaintiff, ANDREW HOWELL, demands judgment against the

Defendants, MONSIGNOR JAMES MCLOUGHLIN and MONSIGNOR DAVID KAGAN, in

an amount in excess of $ 50,000.00 (FIFTY THOUSAND DOLLARS), plus costs.

*Matthew Karchmar*

Matthew B. Karchmar

Matthew B. Karchmar
Karchmar & Lambert, P.C.
211 W. Wacker, Suite 550
Chicago, IL  60606
(312)977-1300
Cook County Firm # 39922


Michael D. Ambroziak
Ambroziak & Kitto, LLC
2539 Eliot Street
Denver, CO  80211
(720)560-4172
Illinois ARDC # 6255551

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - LAW DIVISION

ANDREW HOWELL,                                    )
                                                  )
      Plaintiff,                          )
                                                  )       No.
      v.                                  )
                                                  )
WILLIAM JOFFE, individually, and as the agent and/or )
employee of SAINT MARY CATHOLIC CHURCH,           )
SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE        )
OF ROCKFORD, MONSIGNOR JAMES                      )
MCLOUGHLIN, individually, and as the agent and/or )
employee of SAINT MARY CATHOLIC CHURCH,           )
SAINT MARY SCHOOL, and/or CATHOLIC DIOCESE        )
OF ROCKFORD, MONSIGNOR DAVID KAGAN,               )
individually, and as the agent and/or employee of SAINT )
MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, )
and/or CATHOLIC DIOCESE OF ROCKFORD, SAINT        )
MARY CATHOLIC CHURCH, SAINT MARY SCHOOL, )
and/or CATHOLIC DIOCESE OF ROCKFORD, ELLEN        )
LYNCH, individually, and as the agent and/or employee of )
HINSHAW & CULBERTSON, LLP, SAINT MARY             )
CATHOLIC CHURCH, SAINT MARY SCHOOL, and/or )
CATHOLIC DIOCESE OF ROCKFORD, and HINSHAW )
& CULBERTSON, LLP,                                )
                                                  )
      Defendants.                         )

### AFFIDAVIT PURSUANT TO 222(b)

That I, Matthew B. Karchmar, do hereby attest under oath to the following:

1.   That I am the attorney for the Plaintiff, ANDREW HOWELL.

2.   That the money damages sought in this matter does exceed $ 50,000.00 (FIFTY THOUSAND DOLLARS).

I, Matthew B. Karchmar, an attorney, under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_Matthew Karchman_

Matthew B. Karchmar

Matthew B. Karchmar
Karchmar & Lambert, P.C.
211 W. Wacker, Suite 550
Chicago, IL 60606
(312)977-1300
Cook County Firm # 39922

060170.9

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

ANDREW HOWELL,

        Plaintiff(s),

    v.

WILLIAM JOFFE, individually, and as the
agent and/or employee of SAINT MARY
CATHOLIC CHURCH, SAINT MARY
SCHOOL, and/or CATHOLIC DIOCESE
OF ROCKFORD, MONSIGNOR JAMES
MCLOUGHLIN, individually, and as the
agent and/or employee of SAINT MARY
CATHOLIC CHURCH, SAINT MARY
SCHOOL, and/or CATHOLIC DIOCESES
OF ROCKFORD, MONSIGNOR DAVID        No.   06 L 001454
KAGAN, individually , and as the agent
and/or employee of SAINT MARY
CATHOLIC CHURCH, SAINT MARY
SCHOOL and/or CATHOLIC DIOCESE OF
ROCKFORD, SAINT MARY CATHOLIC
CHURCH, SAINT MARY SCHOOL, and/or
CATHOLIC DIOCESE OF ROCKFORD,
ELLEN LYNCH, individually, and as the
agent and/or employee of HINSHAW &
CULBERTSON, LLP, SAINT MARY
CATHOLIC CHURCH, SAINT MARY
SCHOOL, and/or CATHOLIC DIOCESE
OF ROCKFORD, and HINSHAW &
CULBERTSON, LLP,

        Defendant(s).

## AFFIDAVIT OF MONSIGNOR DAVID KAGAN

The undersigned, Monsignor David Kagan, being first duly sworn on oath, states as

follows:



1.    I am over 21 and have personal knowledge of the matters contained in this affidavit and if called to testify could competently attest to the facts contained in this affidavit.

2.    I am Vicar General/Moderator of the Curia of the Catholic Diocese of Rockford.

3.    I am a citizen of Illinois, residing in the city of Rockford.

4.    Monsignor James McLoughlin is a citizen of Illinois, residing in the town of Woodstock.

5.    William Joffe is a citizen and resident of Florida.

6.    The Saint Mary's Church and Saint Mary's School identified in plaintiff's complaint are located in Woodstock, Illinois. Saint Mary's Church is a religious corporation, incorporated under the laws of the State of Illinois. Saint Mary's School is not incorporated.

FURTHER AFFIANT SAYETH NOT.

_____
Monsignor David Kagan

SUBSCRIBED and SWORN to before
me on this 14 day of March, 2006.

_____
Notary Public

> "OFFICIAL SEAL"
> GWEN M. LASHOCK
> Notary Public, State of Illinois
> My Commission Expires 04/17/2008

I.D. #32878
DONOHUE BROWN MATHEWSON & SMYTH LLC
Sherri M. Arrigo
Karen Kies DeGrand
140 South Dearborn Street, Suite 800
Chicago, Illinois 60603
Telephone:    (312) 422-0900
Facsimile:    (312) 422-0909

-2-

060170.11

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

ANDREW HOWELL,

        Plaintiff(s),

    v.

WILLIAM JOFFE, individually, and as the
agent and/or employee of SAINT MARY
CATHOLIC CHURCH, SAINT MARY
SCHOOL, and/or CATHOLIC DIOCESE
OF ROCKFORD, MONSIGNOR JAMES
MCLOUGHLIN, individually, and as the
agent and/or employee of SAINT MARY
CATHOLIC CHURCH, SAINT MARY
SCHOOL, and/or CATHOLIC DIOCESES
OF ROCKFORD, MONSIGNOR DAVID
KAGAN, individually , and as the agent
and/or employee of SAINT MARY
CATHOLIC CHURCH, SAINT MARY
SCHOOL and/or CATHOLIC DIOCESE OF
ROCKFORD, SAINT MARY CATHOLIC
CHURCH, SAINT MARY SCHOOL, and/or
CATHOLIC DIOCESE OF ROCKFORD,
ELLEN LYNCH, individually, and as the
agent and/or employee of HINSHAW &
CULBERTSON, LLP, SAINT MARY
CATHOLIC CHURCH, SAINT MARY
SCHOOL, and/or CATHOLIC DIOCESE
OF ROCKFORD, and HINSHAW &
CULBERTSON, LLP,

        Defendant(s).

No.    06 L 001454

## AFFIDAVIT OF ELLEN LYNCH

The undersigned, Ellen Lynch, being first duly sworn on oath, states as follows:

1.    I am over 21 and have personal knowledge of the matters contained in this affidavit

and if called to testify could competently attest to the facts contained in this affidavit.



2. I am a citizen and resident of Illinois. I reside in the city of Rockford.

3. During all relevant times referenced in plaintiff's complaint, the Hinshaw & Culbertson LLP office to which I was assigned was located in Rockford, Illinois.

FURTHER AFFIANT SAYETH NOT

Ellen Lynch

SUBSCRIBED and SWORN to before
me on this _14_ day of March, 2006

Notary Public

"OFFICIAL SEAL"
GWEN M. LASHOCK
Notary Public, State of Illinois
My Commission Expires 04/17/2008

I.D. #32878
DONOHUE BROWN MATHEWSON & SMYTH LLC
Sherri M. Arrigo
Karen Kies DeGrand
140 South Dearborn Street, Suite 800
Chicago, Illinois 60603
Telephone: (312) 422-0900
Facsimile: (312) 422-0909

- 2 -

060170.7

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

ANDREW HOWELL,

        Plaintiffs,

    v.

WILLIAM JOFFE, individually, and as the
agent and/or employee of SAINT MARY
CATHOLIC CHURCH, SAINT MARY
SCHOOL, and/or CATHOLIC DIOCESE OF
ROCKFORD, MONSIGNOR JAMES
MCLOUGHLIN, individually, and as the agent
and/or employee of SAINT MARY
CATHOLIC CHURCH, SAINT MARY
SCHOOL, and/or CATHOLIC DIOCESES OF
ROCKFORD, MONSIGNOR DAVID
KAGAN, individually , and as the agent and/or
employee of SAINT MARY CATHOLIC
CHURCH, SAINT MARY SCHOOL and/or
CATHOLIC DIOCESE OF ROCKFORD,
SAINT MARY CATHOLIC CHURCH,
SAINT MARY SCHOOL, and/or CATHOLIC
DIOCESE OF ROCKFORD, ELLEN
LYNCH, individually, and as the agent and/or
employee of HINSHAW & CULBERTSON,
LLP, SAINT MARY CATHOLIC CHURCH,
SAINT MARY SCHOOL, and/or CATHOLIC
DIOCESE OF ROCKFORD, and HINSHAW
& CULBERTSON, LLP,

        Defendants.

No.    06 L 001454

## **AFFIDAVIT OF THOMAS L. BROWNE**

The undersigned, Thomas L. Browne, being first duly sworn on oath, states as follows:

1.    I am over 21 and have personal knowledge of the matters contained in this affidavit

and if called to testify could competently attest to the facts contained in this affidavit.



2.      I am an attorney, licensed to practice law in the State of Illinois. I am general counsel for Hinshaw & Culbertson LLP, a named defendant in the matter <u>Andrew Howell v. William Joffee, et al.</u>.

3.      Prior to the date that plaintiff filed his multi-count complaint against the defendants, plaintiff's counsel and I engaged in verbal communications. At that time, counsel for plaintiff made a verbal settlement demand on Hinshaw & Culbertson LLP in an amount in excess of seventy-five thousand dollars ($75,000.00), to settle the identical cause of action that gives rise to plaintiff's complaint.

4.      Plaintiff's counsel has at no time reduced the settlement demand.

FURTHER AFFIANT SAYETH NOT.

_____
Thomas L. Browne

SUBSCRIBED and SWORN to before
me this 14th day of March, 2006.

_____
NOTARY PUBLIC

OFFICIAL SEAL
ELIZABETH SHIROISHI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES : 10-19-06

I.D. #32878
DONOHUE BROWN MATHEWSON & SMYTH LLC
Sherri M. Arrigo
Karen Kies DeGrand
140 South Dearborn Street, Suite 800
Chicago, Illinois 60603
Telephone:      (312) 422-0900
Facsimile:      (312) 422-0909

-2-

060170.13

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

ANDREW HOWELL,

        Plaintiffs,

    v.

WILLIAM JOFFE, individually, and as the agent
and/or employee of SAINT MARY CATHOLIC
CHURCH, SAINT MARY SCHOOL, and/or
CATHOLIC DIOCESE OF ROCKFORD,
MONSIGNOR JAMES MCLOUGHLIN,
individually, and as the agent and/or employee of
SAINT MARY CATHOLIC CHURCH, SAINT
MARY SCHOOL, and/or CATHOLIC DIOCESES
OF ROCKFORD, MONSIGNOR DAVID KAGAN,
individually , and as the agent and/or employee of
SAINT MARY CATHOLIC CHURCH, SAINT
MARY SCHOOL and/or CATHOLIC DIOCESE
OF ROCKFORD, SAINT MARY CATHOLIC
CHURCH, SAINT MARY SCHOOL, and/or
CATHOLIC DIOCESE OF ROCKFORD, ELLEN
LYNCH, individually, and as the agent and/or
employee of HINSHAW & CULBERTSON, LLP,
SAINT MARY CATHOLIC CHURCH, SAINT
MARY SCHOOL, and/or CATHOLIC DIOCESE
OF ROCKFORD, and HINSHAW &
CULBERTSON, LLP,

        Defendants.

No.  06 L 001454

## NOTICE OF FILING

TO:  See Attached Service List

    PLEASE TAKE NOTICE that on March 16, 2006 we filed with the Clerk of the Circuit Court

of Cook County, IL, Notice of Removal, a copy of which is attached hereto.

*Donohue Brown Mathewson & Smyth LLC*
DONOHUE BROWN MATHEWSON & SMYTH LLC

I.D. #32878
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, Illinois 60603
Telephone:    (312) 422-0900



**PROOF OF SERVICE**

I, Patrice Mullen, a non-attorney, on oath hereby certifies under penalties of perjury as provided by law pursuant to Ill. Rev. Stat., ch. 110, par. 1-109 [735 ILCS 5/1-109], that the above notice and any attached pleading(s) were () personally delivered or (X) placed in the U.S. Mail at 140 South Dearborn Street, Chicago, Illinois, with first class postage prepaid and directed to the parties at the addresses set forth above at or before 5:00 p.m. on March 16, 2006.

SMA/KKD

HOWELL V WILLIAM JOFFE, ET AL.
060170

## SERVICE LIST

**Attorneys for Plaintiff ANDREW HOWELL:**
 Michael D. Ambroziak
AMBROZIAK & KITTO LLC
2539 Eliot Street
Denver, CO  80211
Telephone:     (720) 560-4172
Facsimile:

Mathew Karchmar
Karchmar & Lambert
211 W. Wacker
Suite 550
Chicago, IL 60606